### · JOHN BAKER, JR. vs. GEORGE MOUNT.

Proceedings on a judgment and execution will be *perpetually* stayed, against a defendant, who has been discharged from the debt under the bankrupt law.

*Motion by defendant to stay perpetually all proceedings on the judgment and execution in this cause.*—On the 19th Oct., 1842, defendant presented his petition as a bankrupt, and was discharged on the 20th Feb., 1843. The judgment in this cause was obtained against him previous to his discharge, and was included in his petition as a debt owing by him at the time of presenting his petition. The plaintiff issued an execution upon the judgment, last July, which was levied upon defendant's personal property.

N. HILL, JR., *Defts Counsel.*          J. T. HUDSON, *Defts Atty.*

R. W. PECKHAM, *Plff's Counsel.*          F. S. KINNEY, *Plff's Atty.*

BEARDSLEY, Justice.—Ordered that all proceedings on the judgment and execution be *perpetually* stayed, so far as it related to all of defendant's personal property, and also as to all real estate acquired by him, since the presentation of his petition for a discharge under the bankrupt law.